1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  (510) 785-8400 (phone)
   (510) 670-0995 (fax)
4  camellia@btbandb.com

5

   Attorneys for Defendant Edwinna Firmeza
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,              No. CR 12-00449-1 YGR

12 |           Plaintiff,                   MODIFIED
                                            STIPULATION AND [~~PROPOSED~~]
13 |                                        ORDER TO CONTINUE SENTENCING
     v.                                     HEARING FROM NOVEMBER 29, 2012
14 |                                        TO ~~FEBRUARY 7, 2013~~
                                            MARCH 14, 2013
15 | EDWINNA FIRMEZA,
                                            Date:  November 29, 2012
16 |           Defendant.                   Time:  2:00 p.m.
     _____/      Court: Hon. Yvonne Gonzalez Rogers
17

18
        The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before the Hon.
19
   Yvonne Gonzalez Rogers for sentencing.  The parties request that the Court vacate this date and
20
                                      March 14, 2013.
21 reset the matter for sentencing on ~~February 7, 2013~~.

22      The reason for this request is that the defense is in the process of investigating issues

23 surrounding restitution in this matter.  Ms. Firmeza pled guilty to a charge of bank fraud relating

24 to the misrepresentation of income on loan applications.  Two houses were purchased after the

25
   loans were funded.  On November 13, 2012, the US Attorney received documentation supporting
26
   the actual loss to the bank with respect to one property.  This documentation was immediately
27

28
   Stipulation Continuing Hearing
   CR 12-00449-1 YGR                       1

1  turned over to the defense and is currently being reviewed.  No documentation has been produced
2  with regard to the second property and discovery is ongoing.
3       The parties, including Probation, agree that restitution issues should be resolved, to the
4
5  extent possible, prior to sentencing and therefore agree to the proposed continuance.  Because
6  Probation is unavailable in January, the parties have requested a sentencing date in ~~February.~~ March.
7
8  SO STIPULATED.
9
10
11 Dated: November 14, 2012            _____/S/_____
                                       Keslie Stewart
12                                     Assistant United States Attorney
13
14
15 Dated: November 14, 2012            _____/S/_____
                                       Camellia Baray
16                                     Attorney for Ms. Firmeza

Stipulation Continuing Hearing
CR 12-00449-1 YGR                      2

1   For good cause shown, the sentencing hearing set for November 29, 2012 is continued to
2   March 14, 2013 at 2:00 p.m.
    ~~February 7, 2012 at 2:00 p.m.~~
3
4   IT IS SO ORDERED.
5
6
7   DATED:   November 26 ,2012                    _____
                                                  Hon. Yvonne Gonzalez Rogers
8                                                 United States District Judge
9

Stipulation Continuing Hearing
CR 12-00449-1 YGR                    3