Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0995 (fax)
camellia@btbandb.com

Attorneys for Defendant Edwinna Firmeza

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWINNA FIRMEZA,<br><br>　　　　　　Defendant.<br>_____/ | No.  CR 12-00449-1 YGR<br><br>STIPULATION AND **ORDER** TO CONTINUE SENTENCING HEARING FROM MARCH **14,** 2013 TO APRIL 18, 2013<br><br>Date:   March **14**, 2013<br>Time:  2:00 p.m.<br>Court:  Hon. Yvonne Gonzalez Rogers |

　　　The above-captioned matter is set on March **14**, 2013 at 2:00 p.m. before the Hon. Yvonne Gonzalez Rogers for sentencing.  The parties request that the Court vacate this date and reset the matter for sentencing on April 18, 2013.

　　　Ms. Firmeza pleaded guilty to a charge of bank fraud relating to the misrepresentation of income on loan applications for two residential properties.  One of the residential properties was sold in foreclosure.  The other has been set for trustee's sale at various times, but has never been sold.  Ms. Firmeza is now in the process of attempting to effectuate a short sale on that property. The parties, including Probation, agree to a continuance to allow Ms. Firmeza the opportunity to

explore available options for sale of this remaining property – a successful sale could clarify restitution issues that are currently outstanding.

SO STIPULATED.

Dated: March 6, 2013 \_\_\_\_\_/S/_____
Keslie Stewart
Assistant United States Attorney

Dated: March 6, 2013 \_\_\_\_\_/S/_____
Camellia Baray
Attorney for Ms. Firmeza

Stipulation Continuing Hearing
CR 12-00449-1 YGR 2

1 | For good cause shown, the sentencing hearing set for March **14,** 2013 is continued to

2 | April 18, 2013 at 2:00 p.m.

4 | IT IS SO ORDERED.

7 | DATED: March 8, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Stipulation Continuing Hearing
CR 12-00449-1 YGR          3