1   Camellia Baray, State Bar No. 179219
    BONJOUR, THORMAN, BARAY & BILLINGSLEY
2   24301 Southland Dr., Ste 312
    Hayward, Ca. 94545
3   (510) 785-8400 (phone)
    (510) 670-0995 (fax)
4   camellia@btbandb.com

5
    Attorneys for Defendant Edwinna Firmeza
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,            No.  CR 12-00449-1 YGR

12              Plaintiff,               STIPULATION AND  ORDER TO
                                         CONTINUE SENTENCING HEARING
13                                       FROM APRIL 18, 2013 TO
    v.                                   JUNE 12, 2013
14

15  EDWINNA FIRMEZA,
                                         Date:   April 18, 2013
16              Defendant.               Time:  2:00 p.m.
    _____/    Court:  Hon. Yvonne Gonzalez Rogers
17

18
         The above-captioned matter is set on April 18, 2013 at 2:00 p.m. before the Hon. Yvonne
19
    Gonzalez Rogers for sentencing.  The parties request that the Court vacate this date and reset the
20
    matter for sentencing on specially set date of Wednesday, June 12, 2013 at 2:00pm.
21
         Ms. Firmeza pleaded guilty to a charge of bank fraud relating to the misrepresentation of
22
    income on loan applications for two residential properties.  One of the residential properties was
23
    sold in foreclosure.  The other has been set for trustee's sale at various times, but has never been
24
    sold.  Ms. Firmeza is now in the process of attempting to effectuate a short sale on that property.
25

26

27

28
    Stipulation Continuing Hearing
    CR 12-00449-1 YGR                       1

1   According to Ms. Firmeza's real estate agent, they have completed most of what is

2   required for the short sale and are now just waiting for the bank to complete its due diligence.

3
4   There is no fixed date by which the bank needs to respond and Ms. Firmeza's real estate agent

5   has informed counsel that the bank could respond in a matter of weeks, or a matter of months.

6   Ms. Firmeza's real estate agent is motivated to conclude the deal and has been diligent about

7   contacting the bank's agent in an attempt to speed up this process.

8   The parties, including Probation, agree to a continuance to allow Ms. Firmeza the

9
10   opportunity to complete a short sale of the property – a successful sale could clarify restitution

11   issues that are currently outstanding.

12

13

14   SO STIPULATED.

15

16

17   Dated: April 10, 2013                     _____/S/_____
        Keslie Stewart
18                                             Assistant United States Attorney

19

20   Dated: April 10, 2013                     _____/S/_____
        Camellia Baray
21                                             Attorney for Ms. Firmeza

22

23

24

25

26

27

28

Stipulation Continuing Hearing
CR 12-00449-1 YGR                      2

1    For good cause shown, the sentencing hearing set for April 18, 2013 is continued to June

2   12, 2013 at 2:00 p.m.

3

4   IT IS SO ORDERED.

5

6

7   DATED:April 16, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Continuing Hearing
CR 12-00449-1 YGR                            3